[No. 20626-5-I. Division One. June 6, 1988.]

ROBERT HARBORD, *Respondent,* v. AIR HARBOR MACHINE COMPANY, INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 85-2-16434-8, John M. Darrah, J., entered June 4, 1987. *Reversed* by unpublished opinion per Williams, J., concurred in by Scholfield, C.J., and Swanson, J.

[Nos. 18213-7-I; 18214-5-I. Division One. June 6, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. SEAN PATRICK WELCH, *Appellant.*

Appeals from judgments of the Superior Court for King County, Nos. 85-8-04992-8, 85-8-05050-1, Norman W. Quinn, J., entered March 5, 1986 and March 5, 1988. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman, A.C.J., and Swanson, J.

[No. 10141-6-II. Division Two. June 6, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES WILLIAM SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85-1-01716-3, Nile E. Aubrey, J., entered July 25, 1986. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, A.C.J., and Worswick, J.

[No. 10311-7-II. Division Two. June 6, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. LOUIS BETSCHART, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86-1-00684-4, Nile E. Aubrey, J., entered September 15, 1986. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrich and Alexander, JJ.